# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| MICHAEL DEUTSCH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DOUGLAS W. COOK,<br><br>　　　　Defendant. | Case No. 1:19-cv-00281-DAD-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT<br><br>(ECF No. 27) |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Defendant shall file a pleading responsive to Plaintiff's first amended complaint on or before May 8, 2020.

IT IS SO ORDERED.

Dated: __**April 1, 2020**__

　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE