# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DEUTSCH,<br><br>    Plaintiff,<br><br>v.<br><br>DOUGLAS W. COOK,<br><br>    Defendant. | Case No.  1:19-cv-00281-DAD-SAB<br><br>ORDER RE STIPULATION TO EXTEND TIME FOR DEFENDANT RESPOND TO FIRST AMENDED COMPLAINT<br><br>(ECF No. 41) |

On December 20, 2021, the parties filed a stipulated request to extend the time for Defendant to file a responsive pleading to the first amended complaint up to December 28, 2021. (ECF No. 41.) The Court finds good cause exists to grant the request.

Accordingly, pursuant to the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that Defendant may have until **December 28, 2021** to file a pleading responsive to the first amended complaint.

IT IS SO ORDERED.

Dated:   **December 21, 2021**

                                      UNITED STATES MAGISTRATE JUDGE